UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMELITA ADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BOARD OF<br>INVESTIGATIONS, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-03575-DSF (JDE)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the underlying complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

　　IT IS ORDERED that:

　　1.　The Report and Recommendation is approved and accepted.

　　2.　Judgment shall be entered dismissing this case without prejudice.

Dated: 11/17/17

_____
DALE S. FISCHER
United States District Judge