JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CARMELITA ADA, | Case No. CV 17-03575-DSF (JDE) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BOARD OF INVESTIGATIONS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 11/17/17

DALE S. FISCHER
United States District Judge